| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henderson, Karen L. | US Circuit Court of Appeals, District of Columbia Circuit | 09/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge- Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

US Courthouse
Room 3118
333 Constitution Avenue, NW
Washington, DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 09/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo Bank Account | | None | K | T | | | | | |
| 2. | Suntrust Bank Checking Account: | A | Interest | K | T | | | | | |
| 3. | Suntrust Bank Investment Account Contains: | | | | | | | | | |
| 4. | **Suntrust Cash Account | A | Dividend | M | T | | | | | |
| 5. | Allis Chalmers Energy Inc.: Common | | None | J | T | | | | | |
| 6. | Morgan Stanley Account Contains: | | | | | | | | | |
| 7. | **Morgan Stanley Cash Accounts | A | Interest | K | T | | | | | |
| 8. | **Morgan Stanley Money Market Fund | A | Dividend | K | T | | | | | |
| 9. | **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 10. | **NCR Corp: Common | | None | J | T | | | | | |
| 11. | **Teradata Corp: Common | | None | J | T | | | | | |
| 12. | **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 13. | IRA: Morgan Stanley Contains: | | | | | | | | | |
| 14. | **AT&T Inc: Common | C | Dividend | L | T | | | | | |
| 15. | **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |
| 16. | **Intl Business Machines Corp.: Common | C | Dividend | L | T | | | | | |
| 17. | **NCR Corp.: Common | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Henderson, Karen L. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   **Teradata Corp: Common | | None | J | T | | | | | |
| 19.   **Morgan Stanley Cash Accounts | A | Interest | M | T | | | | | |
| 20.   **Travelers Companies: Common | A | Dividend | J | T | | | | | |
| 21.   Merrill Lynch Account Contains: | | | | | | | | | |
| 22.   **Merrill Lynch Cash Accounts | A | Interest | M | T | | | | | |
| 23.   Merrill Lynch IRA Contains: | | | | | | | | | |
| 24.   **AT&T Inc: Common | B | Dividend | K | T | | | | | |
| 25.   **Marathon Oil Corp.: Common | A | Dividend | L | T | | | | | |
| 26.   **Marathon Petroleum: Common | C | Dividend | M | T | | | | | |
| 27.   **Merrill Lynch Cash Accounts | A | Interest | K | T | | | | | |
| 28.   Wells Fargo Rollover IRA Contains: | | | | | | | | | |
| 29.   **Wells Fargo PT Money Market Fund A | A | Interest | O | T | | | | | |
| 30.   Stanley Black & Decker Corp.: Common | B | Dividend | L | T | | | | | |
| 31.   Bank America Corp.: Common | D | Dividend | O | T | | | | | |
| 32.   The Boeing Co.: Common | E | Dividend | O | T | | | | | |
| 33.   Campbell Soup Co.: Common | D | Dividend | N | T | | | | | |
| 34.   Colgate-Palmolive Co.: Common | E | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric Co.: Common | E | Dividend | P1 | T | | | | | |
| 36. The Goodyear Tire & Rubber Co. Common | A | Dividend | L | T | | | | | |
| 37. IBM Corp.: Common | D | Dividend | N | T | | | | | |
| 38. Exxon-Mobil Corp.: Common | E | Dividend | N | T | | | | | |
| 39. Kinder Morgan | B | Dividend | L | T | | | | | |
| 40. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 41. Marathon Group: Common | B | Dividend | M | T | | | | | |
| 42. Marathon Petroleum: Common | D | Dividend | N | T | | | | | |
| 43. Monsanto: Common | D | Dividend | N | T | | | | | |
| 44. Chevron Corporation: Common | E | Dividend | N | T | | | | | |
| 45. Weyerhauser Co.: Common | D | Dividend | M | T | | | | | |
| 46. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 47. Allstate: Common | A | Dividend | K | T | | | | | |
| 48. Discover Financial Services: Common | A | Dividend | K | T | | | | | |
| 49. Federal Signal Corp.: Common | A | Dividend | L | T | | | | | |
| 50. Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 51. Morgan Stanley: Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 21st Century Fox | A | Dividend | J | T | | | | | |
| 53. Royal Dutch Shell: Common | F | Dividend | O | T | | | | | |
| 54. Schlumberger ltd.: Common | D | Dividend | N | T | | | | | |
| 55. Transocean Inc.: Common | | None | J | T | | | | | |
| 56. Valhi Inc.: Common | A | Dividend | J | T | | | | | |
| 57. Total S. A: Common | A | Dividend | J | T | | | | | |
| 58. Wells Fargo Bank Account | A | Interest | M | T | | | | | |
| 59. First Citizens Bank Account | A | Interest | N | T | | | | | |
| 60. NBSC Money Market Account | A | Interest | M | T | | | | | |
| 61. BB&T Money Market Account | A | Interest | M | T | | | | | |
| 62. South State Bank | A | Interest | M | T | | | | | |
| 63. TD Bank Money Market Account | A | Interest | M | T | | | | | |
| 64. Minnesota Mutual Whole Life Insurance Policy | A | Dividend | M | T | | | | | |
| 65. John Hancock Whole Life Insurance Policy | A | Dividend | M | T | | | | | |
| 66. Merrill Lynch SEP Contains: | | | | | | | | | |
| 67. **Merrill Lynch SEP Cash Accounts | A | Distribution | J | T | | | | | |
| 68. **Chevron Corp.: Common | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Bank Trust Contains: | | | | | | | | | |
| 70. **Wells Fargo Cash Accounts | A | Interest | J | T | | | | | |
| 71. **America Century Tax Free Bond | A | Dividend | K | T | | | | | |
| 72. **AQR Managed Futures | A | Dividend | J | T | | | | | |
| 73. **Artisan Mid Cap Fund | A | Dividend | J | T | | | | | |
| 74. **ASG Global Alternatives | A | Dividend | J | T | | | | | |
| 75. **Credit Suisse Commodity | | None | J | T | | | | | |
| 76. **Dodge & Cox International Stock fund | A | Dividend | J | T | | | | | |
| 77. **Dreyfus Tax Exempt | A | Interest | J | T | | | | | |
| 78. **Eaton Vance Global | A | Dividend | J | T | | | | | |
| 79. **Fidelity Emerging Markets | A | Dividend | J | T | | | | | |
| 80. **Harbor Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 81. **JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 82. **The Merger Fund Class International | | None | J | T | | | | | |
| 83. **MFS Value Fund | A | Dividend | K | T | | | | | |
| 84. **Neuberger Berman Long Short Fund | | None | J | T | | | | | |
| 85. **Nuveen High Yield Muni | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. **Nuveen International Duration | A | Dividend | J | T | | | | | |
| 87. **Nuveen Limited Term Muni | A | Dividend | K | T | | | | | |
| 88. **Oppenheimer Developing Markets Fund Class I | A | Dividend | J | T | | | | | |
| 89. **SPDR DJ Wilshire International | A | Dividend | J | T | | | | | |
| 90. **T Rowe Price International Float | A | Dividend | J | T | | | | | |
| 91. **Vanguard REIT Viper | A | Dividend | J | T | | | | | |
| 92. **American Century Small Cap Growth Fund | | None | J | T | | | | | |
| 93. **Artisan International Fund #662 | A | Dividend | J | T | | | | | |
| 94. **Blackrock Global Long/Short Credit Fund | | None | J | T | | | | | |
| 95. **Sterling Stratton Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 96. **T Rowe Price Real Estate Fund | A | Dividend | J | T | | | | | |
| 97. **Federated Government Obligations | A | Interest | J | T | | | | | |
| 98. **Investco Balanced Risk Commodity Strategy | A | Dividend | J | T | | | | | |
| 99. **JP Morgan High Yield Fund | A | Dividend | J | T | | | | | |
| 100. **PIMCO Commodity Real RET Strategy | A | Dividend | J | T | | | | | |
| 101. Wells Fargo Brokerage Account Contains: | | | | | | | | | |
| 102. **Wells Fargo Cash Accounts | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. **US Treasury Bill due 1/5/17 | | None | P1 | T | | | | | |
| 104. AT&T Stock | A | Dividend | J | T | | | | | |
| 105. Newscorp Stock | A | Dividend | J | T | | | | | |
| 106. Ahold Delhaize | A | Dividend | K | T | | | | | |
| 107. Regions Bank | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 09/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544